**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br>Thomas Sheedy,<br>　　　Debtor. | Chapter 13<br>Case No. 18-11859 -FJB |

### DEBTOR'S MOTION TO RELEASE SHOW CAUSE ORDER

Thomas Sheedy, the above-referenced debtor (the "Debtor"), respectfully moves the Court, to enter an order releasing its *Show Cause Order* dated July 6, 2018. In support hereof, the Debtor has filed the certificate as required.

**WHEREFORE**, the Debtor respectfully requests entry of an Order releasing the *Show Cause Order* and granting such other and further relief as is just and proper.

Thomas Sheedy
By his attorney,

/s/ Mark C. Rossi

Mark C. Rossi (BBO: 662376)
**Bostonian Legal Group, LLC**
One Boston Place, 26th Floor
Boston, Massachusetts 02108
(617) 956-0956 Telephone
(877) 266-0957 Facsimile
mcr@BostonianLegal.com

Dated:   July 10, 2018

07/13/2018. Granted.